# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1555
LT Case No. 2022-304197-CFDB

_____

JASON MINTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On Appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

John M. Selden, of Aaron Delgado & Associates, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

April 11, 2024


PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____